1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   MARILYN R. MORIARTY, SB# 89818
2       *Marilyn.moriarty@lewisbrisbois.com*
   SUZANNE R. POLLACK, SB# 292388
3       *Suzanne.Pollack@lewisbrisbois.com*
   701 B Street, Suite 1900
4  San Diego, California 92101
   Telephone: 619.233.1006 Facsimile: 619.233.8627
5
   *Attorneys for Defendant Rady Children's*
6  *Hospital - San Diego*

7
   **FOLEY & LARDNER, LLP**
8  EILEEN R. RIDLEY. SB# 151735
        *eridley@foley.com*
9  555 California Street, Suite 1700
   San Francisco, CA 94104-1520
10 Telephone: 415.434.4484  Facsimile: 415.434.4507

11 **FOLEY & LARDNER, LLP**
   KATHRYN A. SHOEMAKER. SB#305111
12      *kshoemaker@foley.com*
   555 South Flower Street, Suite 3500
13 Los Angeles, CA 90071-2411
   Telephone: 213.972-2500 Facsimile: 213. 231.486.0065
14
   **NATIONAL CENTER FOR LESBIAN RIGHTS**
15 AMY WHELAN. SB# 215675
        *awhelan@nclrights.org*
16 870 Market Street, Suite 370
   San Francisco, CA 94102
17 Telephone: 415.365-1338

18 **TRANSGENDER LAW CENTER**
   LYNLY SERENA EGYES, ESQ. *PRO HAC VICE*
19      *lynly@transgenderlawcenter.org*
   594 Dean Street
20 Brooklyn, NY 11238
   Telephone: 973.454.6325
21
   *Attorneys for Plaintiff Katharine Prescott*
22
                UNITED STATES DISTRICT COURT
23
              SOUTHERN DISTRICT OF CALIFORNIA
24

| | |
|---|---|
| KATHARINE PRESCOTT, an individual, and KATHARINE PRESCOTT, on behalf of KYLER PRESCOTT, a deceased minor,<br><br>Plaintiff, | CASE NO. 16-cv-02408-BTM (LL)<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:       9/26/2016 |

4818-3504-0920.1                                             1                             16-cv-02408-BTM (LL)
JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

4837-4145-1422.3

| | |
|---|---|
| vs.<br><br>RADY CHILDREN'S HOSPITAL – SAN DIEGO<br><br>Defendants. | Final Pretrial Conference: 3/17/2020 |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties.

DATED: August ___, 2019  LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____/s/ Marilyn R. Moriarty_____
Marilyn R. Moriarty
Attorneys for Rady Children's Hospital - San Diego

DATED: August ___, 2019  FOLEY & LARDNER

By: _____/s/ Eileen R. Ridley_____
Eileen R. Ridley
Attorneys for Katharine Prescott

DATED: August ___, 2019  NATIONAL CENTER FOR LESBIAN RIGHTS

By: _____/s/ Amy Whelan_____
Amy Whelan
Attorneys for Katharine Prescott

DATED: August ___, 2019  TRANSGENDER LAW CENTER

By: _____/s/ Lynly Serena Egyes_____
Lynly Serena Egyes
Attorneys for Katharine Prescott

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

## CASE NO. 16-CV-02408

*Katharine Prescott, et al. v. Rady Children's Hospital – San Diego*

At the time of service, I was over 18 years of age and not a party to the action. My business address is 701 B Street, Suite 1900, San Diego, CA 92101. I am employed in the office of a member of the bar of this Court at whose direction the service was made. On August 30, 2019, I served the following documents: **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**. I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

## SEE ATTACHED SERVICE LIST

The documents were served by the following means:

☒ (BY E-MAIL OR ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent from e-mail address kathie.chapa@lewisbrisbois.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on August 30, 2019, at San Diego, California.

*/s/ Kathie Richmond*
Kathie Richmond

4826-2980-1346.1

16-CV-02408

PROOF OF SERVICE

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

## SERVICE LIST

*Katharine Prescott, et al. v. Rady Children's Hospital – San Diego*

### Case No: 16-CV-02408

Eileen R. Ridley, Esq.
Alan R. Ouellette, Esq.
Joshua R. Parr, Esq.
Foley & Lardner
555 California Street, Suite 1700
San Francisco, CA 94104-1520
Tel: 415-434-4484 Fax: 415-434-4507
eridley@foley.com
aouellette@foley.com
jparr@foley.com

Kathryn A. Shoemaker, Esq.
Foley & Lardner
555 S. Flower Street, suite 3500
Los Angeles, CA 90071-2411
Tel: 213-972-2500 Fax: 213-486-0065
kshoemaker@foley.com

Lynly Serena Egyes, Esq. *Pro Hac Vice*
Transgender Law Center
594 Dean Street
Brooklyn, NY 11238
Tel: 973-454-6325
lynly@transgenderlawcenter.org

Amy Whelan, Esq.
Asaf Orr, Esq.
Julie Wilensky, Esq.
National Center for Lesbian Rights
870 Market Street, Suite 370
San Diego, CA 94102
Tel: 415-365-1338
awhelan@nclrights.org
aorr@nclrights.org
jwilensky@nclrights.org

Alison Pennington, Esq.
Ilona Turner, Esq.
Transgender Law Center
1629 Telegraph Avenue, Suite 400
Oakland, CA 94612
Tel: 415-865-0176
alison@transgenderlawcenter.org
ilona@transgenderlawcenter.org

4826-2980-1346.1

16-CV-02408

PROOF OF SERVICE