UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHARINE PRESCOTT, an individual, and KATHARINE PRESCOTT, on behalf of KYLER PRESCOTT, a deceased minor,<br><br>Plaintiff,<br><br>v.<br><br>RADY CHILDREN'S HOSPITAL – SAN DIEGO,<br><br>Defendant. | Case No.:  3:16-cv-2408-BTM-LL<br><br>**ORDER OF DISMISSAL** |

Pending before the Court is the Joint Stipulation for Dismissal with Prejudice.  (ECF No. 73.)  Good cause appearing, the Court **DISMISSES** this case with prejudice.

**IT IS SO ORDERED.**

Dated:  September 4, 2019

_____
Honorable Barry Ted Moskowitz
United States District Judge